UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20059-CR-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN ALBERTO EXPOSITO,

    Defendant.
_____/

### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $473,888.00, entered on September 10, 2004, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Miami, Florida this 17th day of March, 2008.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

cc:  Elizabeth Ruf Stein, AUSA
     R. Llerandi, USPO
     Juan Alberto Exposito, Defendant